[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MR

Dominique Bergeron )
Plaintiff )
)
v. )
)
Allina Health system )
Defendant )

United States District Court
Northern District of Illinois

24cv06712

FILED
SEP 17 2024 JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Amended COMPLAINT

1) Did Northwestern (Abbott) violate the plaintiff Privacy rights when taking gentic organs without premisson to conduct research (Placentas).

2) Did Abbott North western violate the rights of the plaintiff by blocking the visual of the C-section from both parents and cutting the umbilical cord to the child of the plaintiff.

3) Did the defendents violate the plaintiffs rights when calling child protection services

4) Did the defendents violate the plaintiff rights when conducting test without fully informing the patient.

5) Did the defendents preform the incorrect surgery on Daniel Bergeron (Documents 1 eye was diagnosised and the other was "surgically repaired")

6) was it malpractice not to preform imaging after a major accident + canceling appts, harmful medications during labor, inducing labor without premisson and sending the patient home.

→ Back page

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Tommy Lee (Parent),
Jane Doe (minor) John Doe (minor)
VS
Allina Health System

24CV06712

Amended Complaint

7) Was the defendents endangering children by not providing safe medic

- Statute 919b Art. 119b. Child endangerment (2) endangers a childs mental or physical health, Safety or welfare.

8) Was these acts cominced intentionally, by the defendents.

- The Plaintiff was harmed on several occasions by the Allina Health System

9) Did the defendents violate plaintiff rights when denying medical records/imaging.

10) Did the defendents breach trust of plaintiff.

---

Based on the actions of harmful administration of medications, Conducting research without premission or payment, Chidd endangerment exposure, violating Hippa, injury, Flasifying records yes the plaintiff is entitled of compensation. Negligence acts over a period of 10 years plus, of improper care and treatment, and diagnosis, on an on going basis

---

Amended complaint to the parent company Allina Health from the previous complaint of defendent Abbott Northwester

1. Concealing the true name of the plaintiff with premisson from the court, Judge.

Tommy Lee (Parent)
John Doe (minor), Jane Doe (minor)
VS

24CV6712

Allina Health System, United Hospital, Childrens Hospital, Abbott North western, Saint Francis Hospital

1) Allina Health System mis-used Plaintiff gentic matter.
2) Allina conducted test without informing the Plaintiff
3) Allina Health adminstried harmful medications
4) Allina Health endangered several children of the Plaintiff by failing to give safe medical care, on several occasions.
5) Allina Health failed to give Plaintiff personal medical records and records of her children.
6) Allina Health System Breach the trust of the Plaintiff
7) Allina Called child protective services after conducting malicous acts towards the plaintiff.

300,000 dollar cash American Payment, or Cash App.

T. Lee

Tommy Lee 8/17/24
Thealilisticlaw@gmail

Ber
Theatristic
Law

S SUBURBAN IL 604
12 SEP 2024 PM 3 L




SCREENED
SEP
US MARSHALS

219 S. Dearbourn
20th Flr
Chicago, IL

60604$1702

RECEIVED
SEP 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT