201004 201004 000366L

MR

JACKSON PARK HOSPITAL
BUSINESS OFFICE
7531 S STONY ISLAND
CHICAGO IL 60649

ADDRESS SERVICE REQUESTED

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | |
|---|---|
| ☐ MASTERCARD ☐ VISA | |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP.DATE |

PLEASE PAY THIS AMOUNT

| PATIENT NAME | |
|---|---|
| [redacted] | |
| PATIENT NUMBER | DISCHARGE / SERVICE DATE |
| [redacted] | [redacted] |
| CURRENT BALANCE | BILLING DATE |
| [redacted] | [redacted] |
| AGREEMENT AMOUNT | PAYMENT DUE DATE |
| 1,957.34 | [redacted] |

ENTER AMOUNT PAID HERE

001453

**JACKSON PARK HOSPITAL**
**BUSINESS OFFICE**
**7531 S STONY ISLAND**
**CHICAGO IL 60649**

[redacted]

24CV6712

INV0001 EME 99 6 6 04

☐ PLEASE CHECK HERE AND SHOW NAME/ADDRESS CORRECTION ON REVERSE SIDE

**For more information on our financial assistance program, please call us at 1-773-947-7500 ext 7996 or visit http://www.jacksonparkhospital.org/patients_and_visitors/financial-assist**

DETACH HERE TO ASSURE PROPER CREDIT PLEASE WRITE YOUR PATIENT NUMBER ON YOUR CHECK AND RETURN UPPER PORTION WITH REMITTANCE

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|---|
| | No services Provided return clear bill & Name | | |
| | PAGE 1 OF 1 | | |

DATES MAY REFLECT POSTING DATE OR SERVICE DATE

FILED
SEP 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IMPORTANT MESSAGE**

FOR BILLING INQUIRIES CALL 773-947-2310

THANK YOU FOR CHOOSING JACKSON PARK HOSP.

| | |
|---|---|
| DISCHARGE/ SERVICE DATE | [redacted] |
| AGREEMENT AMOUNT | .00 |

| PATIENT NAME | |
|---|---|
| [redacted] | |
| PATIENT NUMBER | 01265442 |
| **ACCOUNT SUMMARY** | |
| PREVIOUS BALANCE | 1,957.34 |
| NEW CHARGES | .00 |
| PAYMENTS/ OTHER ADJUSTMENTS | .00 |
| | |
| CURRENT ACCOUNT BALANCE | 1,957.34 |
| PAYMENT DUE DATE | 12/25/23 |
| PAY THIS AMOUNT | 1,957.34 |

RETAIN THIS PORTION PAYMENTS RECEIVED AFTER BILLING DATE WILL APPEAR ON NEXT STATEMENT

PAGE 1 OF 1

BRE_01

| RESPONSIBLE PARTY / ADDRESS CORRECTION | |
|---|---|
| NAME | TEL. NO. ( ) - |
| STREET ADDRESS | |
| CITY/STATE | ZIP |

| INSURANCE INFORMATION, IF REQUESTED | | |
|---|---|---|
| INSURED'S NAME | PATIENT RELATIONSHIP TO INSURED<br>☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER | INSURED'S DATE OF BIRTH |
| INSURED'S ID NO. | SOCIAL SECURITY NO. | GROUP ID NO. |
| EMPLOYER NAME | ADDRESS<br>CITY/STATE<br>TEL. NO. ( ) - | ZIP |
| INSURANCE CO. NAME | ADDRESS<br>CITY/STATE<br>TEL. NO. ( ) - | ZIP |

Responded

# INTENT TO EXECUTE JUDGEMENT

March 21, 2022

**Midwest Resale Specialist Inc**
412 South 4th Street 1250E
Minneapolis, MN 55415

**Dominique Bergeron**
PO Box 8037
St. Paul, MN 55108

| | |
|---|---|
| ACCOUNT NO: | 1259 |
| CLIENT: | Midwest Bonding LLC |
| JUDGEMENT #: | 27-CV-19-20775 |
| AMOUNT: | $3,390.53 |
| INTEREST: | $80.88 |
| OTHER FEES: | $0.00 |
| OTHER COSTS: | $0.00 |
| PAYMENTS: | $225.00 |
| **TOTAL DUE:** | **$3,246.41** |

**THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dear Dominique Bergeron,

This letter of intent to sue shall serve as a formal notice that Midwest Resale Specialist Inc intends to **execute the judgement** against you due to the following: **Failure to pay a debt.**

**I. THE PLAINTIFF. Midwest Bonding LLC** the "Plaintiff".

**II. THE DEFENDANT**. **Dominique Bergeron** the "Defendant".

**III. SETTLEMENT DEMAND**. The Plaintiff is willing to resolve the matter for a one-time payment of **$2,921.77**. This offer to settle this matter outside of court is valid for 30 days from the Effective Date of ***March 21, 2022***

**IV. GOVERNING LAW**. This Letter of Intent shall be governed under the laws of the State of Minnesota.

Sincerely,
Legal Department

833-611-1060

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

--------------------DETACH HERE – RETURN THIS STUB WITH YOUR PAYMENT TO ADDRESS ABOVE---------------------

**CIRCLE CARD TYPE: VISA MASTERCARD AMEX DISCOVER**
**ACCT#: 1259 BALANCE: $3,246.41**

**Amount Enclosed: $**______________________ **Credit Card#:**________________________________________

**Expiration Date:**____________ **Security Code:**_____________ **Phone#:**_______________________________

**Signature:**________________________________________________________________________________

**Mail Check Payable to: Midwest Resale Specialist Inc, 412 South 4th Street 1250E Minneapolis, MN 55415**
**Make your payment online at: https://app.simplicitycollect.com//PaymentPortal.aspx**
**Using your Debtor Payment ID: 7030902000043265**

FILED IN DISTRICT COURT
STATE OF MINNESOTA

JAN 0 3 2022

State of Minnesota
Ramsey County

District Court
Second Judicial District
Court File Number: 62-CV-21-6711
Case Type: Contract

Dominique Bergeron vs Renters Warehouse

**Order**
☐ **DENYING**
☒ **GRANTING**
**In Forma Pauperis Application**
(Minn. Stat. § 563.01)

---

**Order Denying In forma Pauperis Application**

Based on the motion and affidavit of the applicant Dominique Bergeron and the authority of Minn. Stat. § 563.01, the Court FINDS:

☐ The action is frivolous.
☐ The applicant is not found to be indigent and is not entitled to proceed in forma pauperis.
☐ The applicant has not provided the court with enough information to make a finding of indigency. The record shall be kept open until          to allow the applicant to submit addition evidence to the court for consideration of the application. If no additional evidence is submitted by this date, the case will be closed.
☐ Other:

**IT IS ORDERED:** The applicant's request to proceed in forma pauperis is **DENIED**

Dated: ____________________          ____________________
Referee of District Court

Dated: ____________________          ____________________
Judge of District Court

---

**Order Granting In Forma Pauperis Application**

Based on the affidavit of the applicant Dominique Bergeron and the authority of Minn. Stat. § 563.01, the Court FINDS:

1. The applicant's claims are
   ☒ not frivolous and applicant is financially unable to pay any fees and entitled to proceed in forma pauperis.
   OR
   ☐ not frivolous and applicant does not meet the eligibility criteria under Minn. Stat. § 563.01. subd. 3(b), but is able to pay a portion of the appellate filing fee and cost bond.

**IT IS ORDERED THAT:**

1. The applicant may proceed in forma pauperis.
2. ☒ The applicant shall not be required to pay any fees, costs and security.
   OR

☐ The applicant shall pay $ towards fees, costs and security, and shall be due immediately upon filing.

3. All necessary pleadings in this proceeding shall be served by the Sheriff of the appropriate county as requested without payment of any fees or costs.
4. If, following commencement of the action, the applicant no longer meets the eligibility criteria under Minn. Stat § 563.01, subd. 3(b) or becomes able to pay a higher amount than previously ordered, the Court many order reimbursement of all or a portion o fthe fees, costs and security for costs.
5. If funds are recovered either settlement or judgment in this action the costs deferred and expenses directed by the Court to be paid in this order shall be included in such settlement or judgment and shall be paid directly to the Court Administrator by the opposing party.
6. This order expires one year from the date of this order, unless otherwise amended or altered by the court. The applicant shall reapply if the applicant seeks to proceed in forma pauperis after the one year period.

Dated ____________________ ____________________________
Referee of District Court

Dated ____________________ ____________________________
Judge of District Court

Gilligan, Thomas(Judge)
Jan 3 2022 3:02 PM

The Second Judicial District, Court Administration, State of Minnesota, does hereby certify that the attached instrument is a true and correct copy of the official version of the court record.

Dated this 3rd day of Jan. 20 22

By John L. Saeger, Deputy

City of Chicago EMS
33589 Treasury Center
Chicago IL 60694

| | |
|---|---|
| **Account #: 38192383** | |
| **Amount Due: $934.00** | |
| **Payment Amount:** | |
| **Due Date: 06/23/2016** | |
| **Please make checks payable to: City of Chicago EMS** | |

**Invoice Date:** 05/24/2016

07/12/10 09:30 3 0000871 20160525 LEJCX101 ZIR-LTC1 1 oz DOM LEJCX10000* 159988 C1

[redacted]

City of Chicago EMS
33589 Treasury Center
Chicago IL 60694

**To view your account online, go to www.intermedix.com/billpay**

****DETACH TOP PORTION AND RETURN STUB WITH YOUR PAYMENT, THANK YOU****

---

## INVOICE FOR AMBULANCE SERVICES

| | |
|---|---|
| **Date of Service:** | 05/10/2016 |
| **Transport From:** | 2900 E 77th St |
| **Transport To:** | South Shore Hospital |

| Description of Service | Amount |
|---|---|
| Emergency Medical Services | $934.00 |
| BLS Emergency Base Rate Resident | $900.00 |
| BLS Emergency Mileage | $34.00 |

**Amount Due: $934.00**
**Due Date: 06/23/2016**

**This invoice is the result of a response for ambulance services on 05/10/2016. If you have insurance, please complete and sign the back of this form, and return to us. Please make sure your name is exactly as it appears on your insurance card. To update your insurance information online, go to www.intermedix.com/billpay. We will file a claim on your behalf. If you do not have insurance, this payment is your responsibility. Please see options below to submit payment. For information or assistance on this account, please call 877-987-2083.**

**MAIL IN PAYMENT**
Mail your payment in the form of a check or money order in the enclosed envelope and include the payment coupon from above. Make all checks or money orders payable to the City of Chicago EMS. **DO NOT SEND CASH.**

**CALL IN PAYMENT**
Credit card payments can be made via phone. Please call 877-987-2083. **Do not mail in your credit card information.**

**PAY IN PERSON**
In-person payments can be made by cash, check, money order or credit card at any of the payment centers listed below.
**DO NOT MAIL PAYMENTS TO THESE LOCATIONS.**

| Site | Site Address or Location | Accessible Days | Hours |
|---|---|---|---|
| City Hall | 121 North LaSalle | Monday - Friday | 8:00 am - 5:00 pm |
| Revenue Payment Center (SW) | 4770 South Kedzie | Monday - Friday | 8:00 am - 6:30 pm |
| Revenue Payment Center (NW) | 2550 West Addison | Monday - Friday | 8:00 am - 6:30 pm |
| Revenue Payment Center (SE) | 2006 East 95th | Monday - Friday | 8:00 am - 6:30 pm |
| Revenue Payment Center (Central) | 400 West Superior | Monday - Friday<br>Saturday | 8:00 am - 4:30 pm<br>8:00 am - 3:30 pm |

Site Locations, accessible days, and hours are subject to change. Please check with the City website at **www.cityofchicago.org/finance** for any changes.

If you have insurance or participate in a program which may pay for this fee or a portion of it, please complete and sign the reverse side of this invoice and return in the enclosed envelope or complete the form online at **www.intermedix.com/billpay.**

**In order to process your claim, please provide your insurance information below and mail the form to CITY OF CHICAGO EMS, 33589 Treasury Center, Chicago IL 60694 or fax it to 1-614-987-2075. To view your account online, go to www.intermedix.com/billpay**

Do you have insurance? Yes ☐ No ☐ (If you ***do not*** have insurance, complete only the **Patient Information** section.)

## Patient Information (Required Information)

Patient's First Name | MI | Patient's Last Name | Patient's Sex **M** ☐ **F** ☐

Patient's Date of Birth (MM-DD-YYYY) ___ - ___ - ___ | Patient's Social Security Number ___ - ___ - ___ | Telephone Number (Include Area Code) ___ - ___ - ___

E-mail Address

I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other government agency or insurance carrier responsible for payment any information needed for this related Medicare or other claim, now, in the future or in the past. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to the service provider.

**Signature** ______________________________ **Date** ____________________

**Signatory's relationship to patient:** Self ☐ Parent ☐ Other ☐ If other, please explain: ____________________

## Medicare Information

Medicare ID (Include letters and numbers) | Railroad ☐

## Medicaid Information

Medicaid ID (Include letters and numbers) | State

## Patient Insurance Information

Policy Holder's First Name | MI | Policy Holder's Last Name | Patient's Relationship to Insured: Self ☐ Spouse ☐ Other ☐

Insurance Company Name | Primary ☐ Secondary ☐

Insurance Policy Number | Insurance Group Number

Insurance Company Address

City | State | ZIP Code

## Patient Accident/Injury Insurance Information

If services were related to an accident or injury, please provide any additional insurance information, such as homeowners, automobile, workers' compensation, or liability.

Policy Holder's First Name | MI | Policy Holder's Last Name | Patient's Relationship to Insured: Self ☐ Spouse ☐ Other ☐

Insurance Company Name | Insurance Contact Phone Number ___ - ___ - ___

Insurance Policy Number | Claim Number

Insurance Company Address

City | State | ZIP Code

## At-fault Party's Accident/Injury Insurance Information

If services were related to an accident or injury, please provide any additional insurance information for the **responsible party**, such as homeowners, automobile, workers' compensation, or liability.

Policy Holder's First Name | MI | Policy Holder's Last Name | Patient's Relationship to Insured: Self ☐ Spouse ☐ Other ☐

Insurance Company Name | Insurance Contact Phone Number ___ - ___ - ___

Insurance Policy Number | Claim Number

Insurance Company Address

City | State | ZIP Code

For office use only - Patient Account Number ____________________

For office use only - Patient Account Number: 38192383

# Domestic Incident Notice
Chicago Police Department

**Police Report R.D. #** ______________ **Beat of Occurrence** ______

## The City of Chicago has a free confidential multilingual 24-hour Hot Line that can help you get assistance.

**(1-877- TO END DV) 1-877-863-6338 or TTY 1-877-863-6339**

If you have been abused or need assistance in regard to a domestic situation, there are programs that offer shelter, counseling and legal help. The Help Line can answer your questions concerning domestic violence services and link you to available programs.

### RIGHTS OF DOMESTIC ABUSE VICTIMS

The Illinois Domestic Violence Act (IDVA) provides legal help for victims who are abused by family or household members. The IDVA defines family or household members as any of the following people:

1. related by blood or by present or prior marriage
2. who share or formerly shared a common dwelling
3. who have or allegedly have a child in common
4. who share or allegedly share a blood relationship through a child
5. of the opposite or same sex who have or have had a dating or engagement relationship
6. with disabilities and their personal assistants and caregivers.

**If you are a domestic abuse victim, you have a right:**

1. to have a police report completed for any crime reported to the police;
2. to have an officer go with you to your home for a reasonable period of time to remove necessary personal belongings; and
3. to be taken to a hospital or a nearby place of safety. If you want, any children or adult dependents in your care can go with you.

### ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

### FILING CRIMINAL CHARGES

If the officer makes an arrest, you will be told of the court location and date. When you report a crime but an arrest is not made, you should go to Domestic Violence Court as soon as possible to seek criminal charges. Bring a copy of the police report number and any other information (such as pictures) to the Domestic Violence Court at 555 W. Harrison, 1st floor, Monday through Friday, 8:30 am - 1:30 pm. Once there, you may talk to an assistant state's attorney about your case. You can also request an order of protection.

**REPORTING OFFICER'S NAME (PRINT)** **STAR NO.**

### BAIL BOND PROVISIONS

**Unless the judge rules otherwise**, an abuser charged with a crime against a family or household member will be ordered to NOT contact or speak with the victim and NOT enter or stay at the victim's home (even if the abuser lives there) for 72 hours after posting bond. **If the abuser violates the "72 hour rule," you should immediately call 911.**

### ORDERS OF PROTECTION

An order of protection is a court order from a judge ordering the abuser to do or to stop doing certain acts. **You can request an order of protection even if you are living with your abuser**. There are many possible remedies that an order of protection can provide. Some examples of them are:

1. order your abuser to stop abusing, stalking, neglecting or exploiting you;
2. give you the right to stay in the home and prevent the abuser from staying there;
3. order your abuser to stay away from you at school, work or other places;
4. order your abuser not to come home while under the influence of drugs or alcohol; and
5. order your abuser to surrender any firearm.

Orders of protection are free. There are no filing fees and you do not need a lawyer.

**IF YOU ALREADY HAVE AN ORDER OF PROTECTION AND YOUR ABUSER VIOLATES THE ORDER, YOU SHOULD IMMEDIATELY CALL 911.**

**How to Request an Order of Protection**

You can request an order of protection in either civil or criminal court. Both may be enforced by arrest. If you cannot request an order because of age, health or disability, someone else can go to court and request an order for you.

**Criminal Court-** at 555 West Harrison, 1st floor, Mon - Fri 8:30 am - 1:30 pm. You must be willing to seek criminal charges against your abuser in order to receive an order in criminal court. If your abuser has already been arrested, do NOT wait until the trial date to seek an order of protection, report to Domestic Violence court as soon as possible after the crime.

**Civil Court-** at 555 West Harrison, 1st floor, Mon - Fri 8:30 am - 3:00 pm. If you do not want criminal charges filed against your abuser, you can request an order of protection in civil court. Orders of protection can also be issued with a divorce or other civil proceeding, generally with the assistance of a lawyer. If you are interested in a civil order of protection after standard court hours, you may be able to get a court hearing after hours. Go to https://www.cookcountycourt.org/ABOUT-THE-COURT/County-Department/Domestic-Violence# and click the 'Hours' tab to learn more.

## The City of Chicago has a free confidential multilingual 24-hour Hot Line that can help you get assistance.

**(1-877- TO END DV) 1-877-863-6338 or TTY 1-877-863-6339**

**Remember: If you are in IMMEDIATE DANGER, you should immediately call 911.**

**REPORTING OFFICER'S NAME (PRINT)** **STAR NO.**

**CPD-11.443 (Rev. 9/22) English**

Note: The Domestic Incident Notice is also available in Braille.

# Zawiadomienie o incydencie dotyczącym przemocy domowej

Wydział Policji miasta Chicago

**Raport policyjny, numer obszaru #** ______________________ **Miejsce zdarzenia**________________

**Miasto Chicago prowadzi bezpłatną, poufną, wielojęzyczną, czynną 24 godziny na dobę infolinię, za pośrednictwem której można uzyskać pomoc.**

**(1-877- TO END DV) 1-877-863-6338 lub TTY 1-877-863-6339**

Jeśli padłeś(-aś) ofiarą przemocy lub potrzebujesz pomocy w kwestii sytuacji panującej w Twoim domu, możesz skorzystać z programów oferujących schronienie, pomoc psychologiczną lub pomoc prawną. Konsultanci odpowiedzą na pytania dotyczące pomocy dla ofiar przemocy domowej i wskażą odpowiedni program.

## PRAWA OFIAR PRZEMOCY DOMOWEJ

Ustawa stanu Illinois w sprawie przemocy domowej (IDVA) zapewnia pomoc prawną dla ofiar przemocy domowej z rąk członków rodziny lub domowników. IDVA definiuje członków rodziny lub domowników jako dowolne z poniższych osób:

1. osoby spokrewnione bądź spowinowacone aktualnym lub poprzednim małżeństwem,
2. osoby, które dzielą bądź dzieliły miejsce zamieszkania,
3. osoby, które mają lub rzekomo mają razem dziecko,
4. osoby spokrewnione lub rzekomo spokrewnione poprzez dziecko,
5. osoby przeciwnej lub tej samej płci, które są bądź były w relacji romantycznej, lub są ze sobą zaręczone,
6. osoby z niepełnosprawnością oraz ich asystenci i opiekunowie.

### Jeśli jesteś ofiarą przemocy domowej, masz prawo:

1. do tego, aby wypełniono raport policyjny dotyczący dowolnej zgłoszonej przez Ciebie zbrodni,
2. do tego, aby funkcjonariusz policji towarzyszył Ci w drodze do domu i pozostał przy Tobie na czas zabierania z domu potrzebnych przedmiotów osobistych, oraz
3. do transportu do szpitala lub pobliskiego bezpiecznego miejsca. Jeśli chcesz, możesz zabrać ze sobą dzieci lub osoby dorosłe na Twoim utrzymaniu.

## ZGŁASZANIE OFIAR PRZESTĘPSTW W STANIE ILLINOIS

Niewinne ofiary przestępstw z użyciem przemocy mogą być uprawnione do otrzymywania świadczeń z programu Odszkodowania dla Ofiar Przestępstw w stanie Illinois (Illinois Crime Victims Compensation) tytułem kosztów, takich jak koszty leczenia, pogrzebu, utraty środków utrzymania i utraty zarobków. *NIE ZAPEWNIA SIĘ ZWROTU Z TYTUŁU UTRATY LUB USZKODZENIA MIENIA ANI Z TYTUŁU BÓLU LUB CIERPIENIA.* Aby złożyć wniosek lub ustalić kwalifikowalność, ofiara, a w razie śmierci krewny lub osoba na utrzymaniu, musi skontaktować się z Biurem Prokuratora Generalnego stanu Illinois (Illinois Attorney General's Office). Dalsze informacje i formularze wniosków można uzyskać pod adresem Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, lub pod numerem 1-800-228-3368, TTY: 1-877-398-1130 lub wysyłając wiadomość na adres mailowy: crimevictimservices@atg.state.il.us.

## SKŁADANIE DONIESIENIA

Jeśli sprawca zostanie aresztowany, zostaniesz poinformowany(-a) o miejscu i czasie rozprawy. Jeśli zgłosiłeś(-aś) zbrodnię, ale sprawca nie został aresztowany, należy niezwłocznie udać się do Centralnego Sądu ds. Przemocy Domowej, aby wniesione zostało oskarżenie o przestępstwo. Kopię numeru raportu policyjnego i wszelkie inne dane (np. zdjęcia) można złożyć od poniedziałku do piątku między 8.30 a 13.30 pod adresem Domestic Violence Court at 555 W. Harrison, 1st floor. Na miejscu możesz skonsultować się w swojej sprawie z asystentem prokuratora stanowego. Możesz również złożyć wniosek o nakaz objęcia ochroną.

**IMIĘ FUNKCJONARIUSZA SPISUJĄCEGO RAPORT (DRUKOWANYMI LITERAMI)** **NR ODZNAKI**

## PRZEPISY DOTYCZĄCE KAUCJI

**Jeżeli sędzia nie zadecyduje inaczej**, oprawca, który dopuścił się zbrodni wobec rodziny lub domownika, otrzyma zakaz kontaktowania się z ofiarą i wstępu do mieszkania ofiary (nawet jeśli jest to mieszkanie oprawcy) na 72 godziny po złożeniu kaucji. **Jeżeli oprawca naruszy powyższy zakaz, należy niezwłocznie zadzwonić pod numer alarmowy 911.**

## NAKAZ OBJĘCIA OCHRONĄ

Nakaz objęcia ochroną jest nakazem sądowym wydawanym przez sędziego, który nakazuje lub zakazuje oprawcy podejmować dane działania. **O nakaz objęcia ochroną można ubiegać się, nawet jeśli wciąż mieszka się z oprawcą**. Nakaz objęcia ochroną zapewnia wiele możliwych rozwiązań. Oto kilka przykładów:

1. nakazanie oprawcy, aby zaniechał znęcania się nad ofiarą, śledzenia, zaniedbywania lub wyzyskiwania jej,
2. nadanie ofierze prawa do pozostania w mieszkaniu i jednoczesne zakazanie tego oprawcy,
3. nakazanie oprawcy, aby nie zbliżał się do ofiary w szkole, pracy czy innych miejscach,
4. zakazanie oprawcy wstępu do mieszkania pod wpływem narkotyków lub alkoholu, oraz
5. nakazanie oprawcy, aby oddał wszelką broń palną.

Nakazy objęcia ochroną są bezpłatne. Podczas ubiegania się o nakaz nie ponosi się żadnej opłaty ani nie potrzeba do tego prawnika.

**JEŚLI JESTEŚ JUŻ OBJĘTY(-A) OCHRONĄ, A TWÓJ OPRAWCA NARUSZA KTÓRYŚ Z ZAKAZÓW, NIEZWŁOCZNIE ZADZWOŃ POD NUMER 911.**

### Jak ubiegać się o nakaz objęcia ochroną

O nakaz objęcia ochroną można ubiegać się w sądzie cywilnym lub sądzie karnym. Oba mogą być wyegzekwowane poprzez areszt. Jeśli nie możesz ubiegać się o nakaz objęcia ochroną z powodu swojego wieku, zdrowia lub niepełnosprawności, ktoś inny może udać się do sądu i poprosić o objęcie Cię ochroną.

**Sąd karny–** 555 West Harrison, 1st floor, pon.–pt. 8.30–13.30. Aby otrzymać nakaz objęcia ochroną w sądzie karnym, należy wyrażać chęć do wniesienia oskarżenia przeciwko swojemu oprawcy. Jeśli oprawca został już aresztowany, NIE czekaj do czasu rozprawy, aby ubiegać się o nakaz objęcia ochroną, ale udaj się do Centralnego Sądu ds. Przemocy Domowej niezwłocznie po popełnionej zbrodni.

**Sąd cywilny –** 555 West Harrison, 1st floor, pon.–pt. 8.30–15.00. Jeśli nie chcesz wnosić oskarżenia przeciwko swojemu oprawcy, możesz ubiegać się o nakaz objęcia ochroną w sądzie cywilnym. Nakaz objęcia ochroną może też zostać wystosowany wraz z rozwodem i innymi postępowaniami sądu cywilnego, zazwyczaj z pomocą prawnika. Jeśli potrzebujesz ubiegać się o nakaz objęcia ochroną w godzinach innych niż godziny pracy sądu, możliwe jest odbycie rozprawy po godzinach. Więcej informacji znajdziesz na stronie https://www.cookcountycourt.org/ABOUT-THE-COURT/County-Department/Domestic-Violence# w karcie „godziny pracy".

**Miasto Chicago prowadzi bezpłatną, poufną, wielojęzyczną, czynną 24 godziny na dobę infolinię, za pośrednictwem której można uzyskać pomoc.**

**(1-877- TO END DV) 1-877-863-6338 lub TTY 1-877-863-6339**

**IMIĘ FUNKCJONARIUSZA SPISUJĄCEGO RAPORT (DRUKOWANYMI LITERAMI)** **NR ODZNAKI**



Uwaga: Zawiadomienie o incydencie dotyczącym przemocy domowej jest też dostępne w alfabecie Braille'a.

Illinois Tollway

To: Dominique Elise Bergeron
Pro Se
433 W Harrison St
Chicago, IL 60699

Date: August 8, 2024

RE: Debtor: Dominique Elise Bergeron
Case No: 24-11174
Bankruptcy: Chapter 7
File Date: 7/31/2024

Please be advised that we received your Notice of Bankruptcy Filing on behalf of the above Debtor. We were unable to find your client's account in our system at the address listed and therefore could not put the appropriate violations on hold as required by the bankruptcy rules.

Please provide your client's Plate Number and/or Violation Notice Number (which will be preceded by a VW, VN or VS) as soon as possible either by mail to:

The Illinois Tollway-Legal Department
PO Box 5544
Chicago, IL 60680
Or by email at: bankruptcy@getipass.com

**It is imperative that we receive this information as quickly as possible.**
Thank you

| License Plate | Account Number | Notice Date |
| --- | --- | --- |
| 2HM569 (MN) | 122432 | 06/02/2022 |

| Amount Due | Payment Due Date |
| --- | --- |
| $40.50 | 07/02/2022 |

**CLINE AVENUE BRIDGE**

20.5 "Unpaid"
-20 "Billed"

****To avoid additional fees, please allow 7-10 days for receipt and posting of your mailed payment.****

298************************SNGLP T1 P0

[redacted]E [redacted]
[redacted]7
[redacted]L MN [redacted]

Make checks payable to:

CLINE AVENUE BRIDGE
PO BOX 855338
MINNEAPOLIS MN 55485-5338

24CV3546

000001224328 07022022 00004050 2

## How to Contact Us

**Online:** www.ClineAvenueTolls.com (use your account number and license plate number to access your account, send us a message, or use the "contact us" link on our website)

**By Phone:** Toll Free 800-733-7795

**By Mail:** Allow 10-12 business days for receipt and processing of your correspondence

Cline Avenue Bridge Customer Service Center
PO Box 269017
Plano, TX 75026

Illinois Tollway
P. O. Box 5544
Chicago, IL 60680-5544

**Please detach and return this coupon with your payment.**
**DO NOT SEND CASH**

24CV3546

| Invoice Number | License Plate | Issue Date | Reissue Date | Due Date | Amount Due |
|---|---|---|---|---|---|
| [redacted]26020 | [redacted]381 (MN) | 08/22/2023 | | 09/21/2023 | $97.50 |

"UnPaid" 37.5
"InVoice fee" 60

[redacted]
[redacted] S MN [redacted]

Payment Amount ____________

Make check or money order payable to the Illinois Tollway, or pay by credit card below:

__Visa __Mastercard __Discover __Amex
Card # ______________ Exp. ____
Name on Card ______________
Signature ______________

Please be advised that under Illinois law, the following are not legal defenses or mitigating factors: (1) the driver was not aware they were on a toll road; (2) the driver did not intend to miss the payment or go through an I-Pass lane; (3) someone else was driving the vehicle. Also, this notification may not be inclusive of all potential events for this license plate, including events occurring prior to the dates in this Notice.

Please be advised that under Illinois law, the following are not legal defenses or mitigating factors: (1) the driver was not aware they were on a toll road; (2) the driver did not intend to miss the payment or go through an I-Pass lane; (3) someone else was driving the vehicle. Also, this notification may not be inclusive of all potential events for this license plate, including events occurring prior to the dates in this Notice.

Northern Courts
219 S. Dearboorn
F10 20
Chicago, IL

CAROL STREAM IL 601
14 SEP 2024 PM 4 L

Thinking of You




~~Progressive~~
Northern courts
219 S. Dearboom
20 F10
Chicago, IL
60604

SCREENED
SE… 7 20…
US MA…

60604-170299

RECEIVED
SEP 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT